UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                    :
NICHOLE ADAMS-FLORES,                                               :
                                                                    :
                                     Plaintiff,                     :           18-CV-12150 (JMF)
                                                                    :
               -v-                                                  :           ORDER
                                                                    :
CITY OF NEW YORK et al.,                                            :
                                                                    :
                                     Defendants.                    :
                                                                    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        In light of Defendants' new motion to dismiss, *see* Docket No. 47, Defendants' earlier
motion to dismiss filed at ECF No. 30 is hereby DENIED as moot.  Plaintiff's opposition to the
new motion to dismiss is due by **August 15, 2019**.  Defendants' reply, if any, is due by **August
22, 2019**.  At the time any reply is served, the moving party shall supply the Court with one,
double-sided courtesy hard copy of all motion papers by mailing or delivering them to the United
States Courthouse, 40 Centre Street, New York, New York.

        Defendants' erroneously-filed motion to dismiss at ECF No. 50 is DENIED as
duplicative.

        The Clerk of Court is directed to terminate Docket Nos. 30 and 50.

        SO ORDERED.

Dated: August 2, 2019                          _____
       New York, New York                                JESSE M. FURMAN
                                                     United States District Judge