# THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*

556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 www.brewingtonlaw.com

**Frederick K. Brewington**  
**Cathryn Harris-Marchesi**  
Tricia S. Lindsay  
Albert D. Manuel III

Oscar Holt III  
Of Counsel

June 30, 2020

<u>*VIA ELECTRONIC CASE FILING*</u>
Honorable Jesse M. Furman
United States District Court Judge
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

> Application GRANTED. Plaintiff's deadline to respond to the motion to dismiss or file an amended complaint is EXTENDED to **July 20, 2020**. The Clerk of Court is directed to terminate ECF No. 71. SO ORDERED.
>
> *[signature]*
>
> June 30, 2020

Re:   *Adams-Flores v. City of New York, et.al.*
      Docket No.: CV-18-12150 (JMF)

Dear Judge Furman:

As your records will reflect, we are the attorneys representing the Plaintiff in the above referenced matter. This letter is written to respectfully request a two week extension to July 20, 2020 to respond to the pending motion or file an amended complaint. Your Honor's Order of June 18, 2020 set forth that Plaintiff was to "file any amended complaint by July 6, 2020" and that "[i]f no amended complaint is filed, Plaintiff shall file any opposition to the motion to dismiss by July 6, 2020." We have conferred with Counsel for the Defendants and they consent to our request. This adjournment will allow our office to fully evaluate the legal issues now before us and also to speak with our client in detail. Unfortunately, our ability to handle matters has been hampered due to our office still being our of the office due to the Covid19 pandemic. Our first date of return to the our offices is currently set for July 6, 2020.

Thank you for your consideration. Best wishes to all for safety and good health.

Respectfully submitted,
*/S/ Frederick K. Brewington*
FREDERICK K. BREWINGTON

cc:   Kerrin A. Bowers, Esq. (via ecf)
FKB:pl