UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
NICHOLE ADAMS-FLORES, :
:
Plaintiff, :  18-CV-12150 (JMF)
:
-v- :  ORDER
:
CITY OF NEW YORK et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     In light of Defendants' new motion to dismiss, *see* Docket No. 77, Defendants' earlier motion to dismiss filed at Docket No. 68 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **September 7, 2020**. Defendants' reply, if any, is due by **September 14, 2020**. At the time any reply is served, the moving party shall supply the Court with electronic copies of all motion papers by e-mailing them to Chambers at Furman_NYSDChambers@nysd.uscourts.gov.

     The Clerk of Court is directed to terminate Docket No. 68.

     SO ORDERED.

Dated: August 25, 2020
       New York, New York

                                                 JESSE M. FURMAN
                                          United States District Judge