# THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

**Attorneys and Counselors at Law**
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 • www.brewingtonlaw.com

Frederick K. Brewington
Maria K. Dyson
Albert D. Manuel III

Oscar Holt III
Of Counsel

November 16, 2021

**VIA ELECTRONIC CASE FILING**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

> Application GRANTED. The conference currently scheduled for November 17, 2021, is hereby ADJOURNED to **December 1, 2021**, at **3:30 p.m.** The parties are reminded that, under the Court's Rules, requests for adjournment must ordinarily be made at least 48 hours in advance absent an emergency. The Clerk of Court is directed to terminate ECF No. 130.
>
> SO ORDERED.
>
> /s/ Jesse M. Furman
> November 16, 2021

Re:  *Adams-Flores v. City of New York, et al.*
     Docket No.: CV-18-12150 (JMF)

Dear Judge Furman:

We represent the Plaintiff in the above-captioned action. By this letter, Plaintiff requests that the conference scheduled for November 17, 2021 be adjourned until November 29, 2021.

The basis for this request is that the parties have met and conferred, but they are currently only ready to discuss one issue with the Court. There are several other issues that either require the Plaintiff to provide additional documents and specificity, or Defendants need to further confer with their clients and other city agencies, to determine.

The parties will have a more productive conference with the Court if they are provided a short adjournment. Also, the Court recently referred the parties to mediation, because they believe that they may be able to further their efforts to settle this case. Allowing for a short adjournment of the conference will assist in those efforts.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Maria K. Dyson*
MARIA K. DYSON

cc: Aliza Balog, Esq.
    Rebecca Quinn, Esq.
MKD:drs