UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NICHOLE ADAMS-FLORES,

                Plaintiff,                        18-CV-12150 (JMF)

      -v-                                 ORDER

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The upcoming conference in this case scheduled for **December 1, 2021**, at **3:30 p.m.** will be held remotely by telephone in accordance with Rule 2(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      SO ORDERED.

Dated: November 22, 2021
       New York, New York

                                                        JESSE M. FURMAN
                                                     United States District Judge