UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
NICHOLE ADAMS-FLORES,                                              :
                                                                   :
                        Plaintiff,                                 :
                                                                   :     18-CV-12150 (JMF)
        -v-                                                        :
                                                                   :     ORDER
CITY OF NEW YORK et al.,                                           :
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

   As stated during the teleconference held earlier today:

- The parties shall, no later than **December 15, 2021**, file a joint letter, the contents of which were described during the conference. The joint letter shall not exceed ten pages, divided evenly between each side. Plaintiff's counsel shall share their portion of the joint letter with Defendants' counsel no later than **December 8, 2021**.

- The briefing schedule for Defendants' motion for summary judgment is as follows: Defendants shall file their motion for summary judgment no later than **February 18, 2022**; Plaintiff shall file any opposition no later than **March 25, 2022**; Defendants shall file any reply no later than **April 8, 2022**.

   SO ORDERED.

Dated: December 1, 2021
       New York, New York                          _____
                                                          JESSE M. FURMAN
                                                       United States District Judge