THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 • www.brewingtonlaw.com

Frederick K. Brewington
Maria K. Dyson
Albert D. Manuel III

Oscar Holt III
Of Counsel

December 8, 2021

***VIA ELECTRONIC CASE FILING***
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

*Application GRANTED. The deadline for the joint letter, the contents of which are described in the Court's December 1, 2021 Order, see ECF No. 136, is also extended by one day. The Clerk of Court is directed to terminate ECF No. 138. SO ORDERED.*

December 9, 2021

   Re:   *Adams-Flores v. City of New York, et al.*
         *Docket No.: CV-18-12150 (JMF)*

Dear Judge Furman:

     We represent Plaintiff in the above-captioned action. Pursuant to the Court's order, Plaintiff's deadline to submit their position statement on outstanding discovery to Defendants is due today, December 8, 2021. See Docket Entry 136, dated 12/1/21. By this letter, Plaintiff requests a one-day extension of time to submit this letter to Defendants. The basis for this request is that Counsel has had to cover an urgent matter on behalf of another attorney in our office who has been experiencing a family emergency. Plaintiff's counsel is also scheduled to be in an arbitration hearing tomorrow. These matters delayed Plaintiff's counsel for the better part of the last two days. Counsel apologizes for not making this request earlier, but we have worked diligently and hoped to have finished the letter on time. The letter is almost done, but compiling the exhibits is taking more time than anticipated. Plaintiff will be able to finalize this letter after her arbitration hearing tomorrow evening. The Defendants do not oppose this request on the condition that they also be granted an extra day to prepare their portion of the letter. Consequently, Plaintiff requests that she be permitted to submit her letter to the Defendants on December 9, 2021, and that Defendants be permitted until December 16, 2021 to submit their portion of the letter.

     Thank you for your consideration of this request.

                                        Respectfully submitted,

                                        /s *Frederick K. Brewington*

                                        FREDERICK K. BREWINGTON

cc:   Aliza Balog, Esq.
      Rebecca Quinn, Esq.