UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NICOLE ADAMS-FLORES,

                            Plaintiff,

    -against-

CITY OF NEW YORK et al,

                          Defendants.
-----------------------------------------------------------------X

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/2021**

**ORDER SCHEDULING CONFERENCE**

**18-CV-12150 (JMF)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for the discovery disputes enumerated in ECF No. 140.  A telephone conference will be held on **Thursday, January 13, 2022 at 10:00 a.m**.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: December 27, 2021
       New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge