

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**GEORGIA M. PESTANA**
*Corporation Counsel*

**REBECCA G. QUINN**
*Assistant Corporation Counsel*
Phone: (212) 356-4382
rquinn@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2022

January 11, 2022

BY ECF

Honorable Katharine H. Parker
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Nichole Adams-Flores v. City of New York, et al.*
Docket No. 18-CV-12150 (JMF) (KHP)

Dear Judge Parker:

I am an Assistant Corporation Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for the defendants the City of New York, Cynthia Brann, Jeff Thamkittikasem, and Martin Murphy (collectively "Defendants"), in the above-referenced action. I write to respectfully request a brief adjournment of two weeks, or as soon as the Court is next available thereafter, of the conference currently scheduled for January 13, 2022 at 10 AM. Plaintiff consents to this request for an adjournment.

Both attorneys assigned to the defense of this matter are experiencing COVID-related childcare issues this week and therefore are not able to attend the conference on January 13, 2022. Future dates scheduled in this matter include a settlement conference on February 1, 2022 and motions for summary judgment to be filed on February 18, 2022. Those dates should not be affected by a brief adjournment of the upcoming conference.

Accordingly, defendants seek a brief adjournment of the conference scheduled for January 13, 2022 at 10 AM. We thank you for your consideration of this matter.

> Request for adjournment is granted. The Court will discuss the discovery issues enumerated at ECF No. 140 at the settlement conference.

Respectfully submitted,

/s/
Rebecca G. Quinn
Assistant Corporation Counsel

**APPLICATION GRANTED**

Hon. Katharine H. Parker, U.S.M.J.
1/12/2022

- 2 -

cc:    Frederick K. Brewington (by ECF)
       Maria K. Dyson
       Attorneys for Plaintiff