```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NICOLE ADAMS-FLORES,

                               Plaintiff,               **ORDER CONVERTING**

                                             **SETTLEMENT CONFERENCE**

         -against-                             **18-CV-12150 (JMF)**

CITY OF NEW YORK et al,

                               Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Settlement Conference in this matter scheduled for **Tuesday, February 1, 2022 at 10:00 a.m.** is hereby converted to a telephonic conference.  The Parties' should call into the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time.  **A security code will be emailed to counsel by chambers for his proceeding.**  Pre-conference submissions must be received by the Court no later than **January 25, 2022 by 5:00 p.m.**

      SO ORDERED.

Dated: January 25, 2022
       New York, New York

                                                          *Katharine H. Parker*
                                                          _____
                                                          KATHARINE H. PARKER
                                                         United States Magistrate Judge