

# THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

**Attorneys and Counselors at Law**
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

<u>Frederick K.Brewington</u>                                                                   Of Counsel
Albert D. Manuel III                                                                            Oscar Holt III
Leah E. Jackson                                                                                 Jay D. Umans

August 31, 2022

<u>VIA ELECTRONIC CASE FILING</u>
Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Centre Street
New York, New York 10007

*Application GRANTED.  In accordance with Rule 7 of the Court's Individual Rules and Practices in Civil Cases, Plaintiff shall submit redacted versions of the documents under seal by* **September 2, 2022**.

*The Clerk of Court is directed to keep under seal ECF Nos. 178-1, 178-6, 178-8, and 178-9; and to terminate ECF No. 180.*

*SO ORDERED.*

Re:   *Adams-Flores v. City of New York, et al.*
       Docket No.: CV-18-12150 (JMF)

*August 31, 2022*

Dear Judge Furman:

As you are aware, we are the attorneys who represent the Plaintiff in the above referenced matter. On Monday, August 29, 2022, this office filed *Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment*, together with documents in support. Subsequent to the filing, it was brought to our attention that some personal information was not redacted from several exhibits. In accordance with Section 21.7 of the *ECF Filing Rules*, we have contacted the ECF Help Desk and requested that the documents be temporarily sealed, and further, it is respectfully requested that the following filings be sealed by the Court:

<u>Docket Entry #178:</u>
#1 - Exhibit A
#6 - Exhibit Q
#8 - Exhibit S
#9 - Exhibit Y

We apologize to the Court for any inconvenience this error may have caused.

We thank the Court for its kind consideration.

Respectfully submitted,

FREDERICK K. BREWINGTON

cc:   Aliza Balog, Esq. (via ecf)
FKB:pl