

**Attorneys and Counselors at Law**
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

<u>Frederick K.Brewington</u>  
Albert D. Manuel III  
Leah E. Jackson  
Cobia M. Powell  

Of Counsel  
Oscar Holt III  
Jay D. Umans  

August 21, 2023

<u>**VIA ELECTRONIC CASE FILING**</u>  
Honorable Jesse M. Furman  
United States District Judge  
United States District Court  
Southern District of New York  
40 Centre Street  
New York, New York 10007  

*Application GRANTED. As the Court advised in a previous Order, ECF No. 206, further extensions will not be granted. The Clerk is directed to terminate ECF No. 210.*

*SO ORDERED.*

*August 21, 2023*

Re:   *Adams-Flores v. City of New York, et al.*  
        Docket No.: CV-18-12150 (JMF)

Dear Judge Furman:

As you are already aware, we are the attorneys representing the Plaintiff, in the above referenced matter. We are writing this letter with the consent of Defendants to respectfully request an one week extension for both parties to file their respective *Motion in Limine* applications.

To update the Court, both parties have been working diligently and amicably on the Joint Pre-Trial Order, the Joint Jury Instructions, the Joint *Voir Dire*, as well as the Joint Verdict Sheet. In accordance with Your Honor's rules, all of those materials will be filed on the docket and sent to Your Honor's Chambers, via email, today. Notwithstanding that, the undersigned has just completed a three week trial and is currently on vacation in Upstate New York and has limited access to internet capabilities, which necessitates the additional time requested to write and file Plaintiff's *Motion in Limine* for this matter. Therefore, we are respectfully requesting both parties' *Motion in Limine* to be due on August 28, 2023. We have conferred with Defendants and they consent to this request.

We thank the Court for its kind consideration.

Respectfully submitted,

*Frederick K. Brewington*  
FREDERICK K. BREWINGTON

FKB:CMP  
cc: All Attorneys (*via ECF*)