UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NICHOLE ADAMS-FLORES,

                              Plaintiff,

- against -

THE CITY OF NEW YORK, DEPARTMENT OF CORRECTIONS, CYNTHIA BRANN, Commissioner of Dept. of Corrections, JEFF THAMKITTIKASEM, Former Chief of Staff of Dept. of Corrections, and MARTIN MURPHY, former Chief of Department of Dept. of Corrections,

                              Defendants.

**NOTICE OF MOTION IN LIMINE**

18-cv-12150 (JMF) (KHP)

---

**PLEASE TAKE NOTICE** that, upon Defendants' Memorandum of Law in Support of Defendants' Motion in Limine, dated August 28, 2023; and upon all prior pleadings and proceedings had herein, Defendants will move this Court, before the Honorable Jesse M. Furman, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an order precluding certain claims, testimony, and exhibits from being submitted at trial, together with such other and further relief as the Court deems just, proper, and equitable.

Dated:      New York, New York
               August 28, 2023

                                      **HON. SYLVIA HINDS-RADIX**
                                      Corporation Counsel of the
                                        City of New York
                                      Attorney for Defendants
                                      100 Church Street
                                      New York, New York 10007-2601
                                      Tel: 212-356-2442
                                      jreynold@law.nyc.gov

                            By:   /s/ *Joseph B. Reynolds*
                                      Joseph B. Reynolds
                                      Senior Counsel

To: via ECF
Counsel of record