UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

NICHOLE ADAMS-FLORES,

                              Plaintiff,          **NOTICE OF MOTION**
                                                                 **CV-18-12150 (JMF)**

-against-

CITY OF NEW YORK AND CYNTHIA BRANN,

                              Defendants.

------------------------------------------------------------------------x

      PLEASE TAKE NOTICE that, Plaintiff NICHOLE ADAMS-FLORES by and through her attorneys, the Law Offices of Frederick K. Brewington, will move the Court at this time and date as granted in the August 21, 2023 Order by the Honorable Jesse M. Furman, at the United States Courthouse 40 Centre Street, New York, New York 10007, for Plaintiff's Motion *in Limine*.

Dated: Hempstead, New York
       August 28, 2023

                                                      Respectfully submitted,

                                                      LAW OFFICES OF
                                                      FREDERICK K. BREWINGTON

                         By:    */S/ Frederick K. Brewington*
                                    FREDERICK K. BREWINGTON
                                    *Attorneys for Plaintiff*
                                    556 Peninsula Boulevard
                                    Hempstead, New York 11550
                                    (516) 489-6959

To: All Attorneys (*via ECF*)

DOCKET NO.: CV-18-12150 (JMF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

NICHOLE ADAMS FLORES,

    Plaintiff,

-against-

CITY OF NEW YORK AND CYNTHIA BRANN

    Defendants.
----------------------------------------X

NOTICE OF MOTION
----------------------------------------X

The Law Offices of Frederick K. Brewington
*Attorneys for Plaintiff*
556 Peninsula Boulevard
Hempstead, New York 11550
(516) 489-6959