UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                                             :

NICHOLE ADAMS-FLORES et al.,                  :

                                     Plaintiffs,            :                  18-CV-12150 (JMF)

                 -v-                                          :                  <u>ORDER</u>

CITY OF NEW YORK et al.,                        :

                                     Defendants.          :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Trial in this matter is currently scheduled to begin on January 8, 2024.  That said, the Court is scheduled to preside over another trial that is scheduled to begin the same day, *Accent Delight International Ltd. v. Sotheby's*, 18-CV-9011 (JMF), that — if it goes forward — will take precedence over this case (because, among other things, it was filed earlier).

       To discuss the situation, and whether there is anything the Court can do to facilitate settlement of this matter, the parties shall appear for a conference with the Court on **December 18, 2023** at **4:00 p.m.**  The conference will be held remotely by telephone in accordance with Rule 3.B of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

       SO ORDERED.

Dated: December 15, 2023
       New York, New York

                                                                                 _____
                                                                                    JESSE M. FURMAN
                                                                     United States District Judge