UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                     :

NICHOLE ADAMS-FLORES, *individually and on behalf*  :
*of all others similarly situated*,                                 :
                                                                                     :      18-CV-12150 (JMF)
                                  Plaintiff,                 :
                                                                                     :      SCHEDULING ORDER
          -v-                                             :
                                                                                     :
CITY OF NEW YORK et al.,                                      :
                                                                                    :
                              Defendants.               :
                                                                                     :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As discussed during the telephone conference held earlier today, the trial in this matter, previously scheduled to begin on **January 8, 2024,** is hereby ADJOURNED to **March 18, 2024**.

       In light of the foregoing, the final pretrial conference currently scheduled for **January 3, 2024**, is hereby ADJOURNED to **March 14, 2024**, at **11:00 a.m**. in Courtroom 1105 of the Thurgood Marshall United States Courthouse. The parties are reminded that the final pretrial conference must be attended by the attorney who will serve as principal trial counsel.

       Finally, it is hereby ORDERED that all parties shall appear for a status conference with the Court on **February 15, 2024** at **4:15 p.m.,** at which time the Court will address the March 18, 2024 trial date. In the event that Ms. DeCastro's and/or the Court's scheduling conflicts preclude trial on March 18, 2024, the trial will be adjourned to **June 17, 2024**. Unless and until the Court orders otherwise, the parties shall keep that date open for trial as well.

       The February 15, 2024 conference will be held remotely by telephone in accordance with Rule 3.B of the Court's Individual Rules and Practices in Civil Cases, available at [https://nysd.uscourts.gov/hon-jesse-m-furman](https://nysd.uscourts.gov/hon-jesse-m-furman). The parties should join the conference by calling the Court's

dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

    SO ORDERED.

Dated: December 18, 2023
       New York, New York

                                                JESSE M. FURMAN
                                              United States District Judge