UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
NICHOLE ADAMS-FLORES, :
:
Plaintiff, :
: 18-CV-12150 (JMF)
-v- :
: ORDER
CITY OF NEW YORK et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On March 6, 2024, the Court was advised by Magistrate Judge Parker that the parties had reached a settlement and signed a binding term sheet. But nothing has happened since then, and the parties have failed to respond to queries from the Court's staff.

No later than **March 13, 2024**, at **noon**, the parties shall file a joint status letter regarding the status of the settlement. If they wish, the parties may confirm in their letter that they agreed on the material terms of the settlement *and* that they agree those terms are binding without regard for whether they are reduced to another writing, in which case the Court is prepared to dismiss the case on that basis (and without prejudice to the later filing of a stipulation of settlement).

**Unless and until the Court orders otherwise, the final pretrial conference and the trial date remain in effect.** Further, the Court cautions that the parties, in the event they reach and memorialize a settlement *after* the final pretrial conference on March 14, 2024, the Court will, pursuant to Local Civil Rule 47.1, impose on them "the cost of one day's attendance of the jurors."

SO ORDERED.

Dated: March 12, 2024              _____
       New York, New York                 JESSE M. FURMAN
                                       United States District Judge