UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

NICHOLE ADAMS-FLORES,

                                       Plaintiff,

                -against-

THE CITY OF NEW YORK, DEPARTMENT OF
CORRECTIONS, CYNTHIA BRANN, Commissioner of
Dept. of Corrections, JEFF THAMKITTIKASEM,
Former Chief of Staff of Dept. of Corrections, and
MARTIN MURPHY, Former Chief of Department of Dept.
of Corrections.

                                     Defendants.

------------------------------------------------------------------ X

**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**

18-CV-12150

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Nichole Adams-Flores ("Plaintiff") and Defendants the City of New York ("City") and Cynthia Brann ("Brann" and collectively with City as "Defendants"), as represented by their attorneys below, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is hereby discontinued, and dismissed with prejudice.

Dated: New York, New York
         March 12, 2024

**FREDERICK K. BREWINGTON**
Attorney for Plaintiff
556 Peninsula Boulevard
Hempstead, NY 11550

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street, Second Floor
New York, New York 10007
(212) 356-2507; (212) 356-2442

Any pending motions and all pending deadlines are moot. All conferences and the trial currently scheduled to begin on March 19, 2024, are canceled. The Clerk of Court is directed to close the case.

SO ORDERED.

*[signature]*

March 13, 2024

2

By: _____  By: _____
Frederick K. Brewington              Lauren Silver
                                     Joseph B. Reynolds
                                     Assistant Corporation Counsel